# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 10, 2014

## NO. 03-13-00271-CV

**Save Our Springs Alliance, Inc., Appellant**

**v.**

**City of Kyle; Jack Goodman; Craig Smith; Mary Stone; Gary Franklin; and Bob Larson, each in their Official Capacity as Directors of the Barton Springs-Edwards Aquifer Conservation District and the Barton Springs-Edwards Aquifer Conservation District, Appellees**

## APPEAL FROM THE 22ND DISTRICT COURT OF HAYS COUNTY
## BEFORE CHIEF JUSTICE JONES, JUSTICES PEMBERTON AND FIELD
## AFFIRMED -- OPINION BY CHIEF JUSTICE JONES

This is an appeal from the judgment signed by the trial court on March 27, 2013. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment. Therefore, the Court affirms the trial court's judgment. The appellant shall pay all costs relating to this appeal, both in this Court and the court below.